production of same (Customs Regulations, section 10.1 (a) (3)), the claim of the plaintiff was sustained. Abstract 53865 followed.

No. 62282.—H. Ernstberger & Co., Inc. v. United States, protests 201499–K, 201741–K, and 224761–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of R. J. Saunders & Co., Inc. v. United States (37 Cust. Ct. 267, C. D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

No. 62283.—Ready Foods de Mexico, S. A. v. United States, protests 189641–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of United States v. Mercantil Distribuidora, S. A., et al. (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62284.—J. W. Lewis v. United States, protest 274934–K (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of United States v. Mercantil Distribuidora, S. A., et al. (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62285.—Eitinger Bead Co., Inc., v. United States, protests 310549–K and 311805–K (New York).